NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5138

OVERVIEW BOOKS, LLC
and LEV TSITRIN,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Norman J. Finkelshteyn, of Brooklyn, New York, argued for plaintiffs-appellants.

Michael S. Dufault, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Charles F. Lettow

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5138

OVERVIEW BOOKS, LLC
And LEV TSITRIN,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the       United States Court of Federal Claims

in CASE NO(S).       05-CV-775

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


Per Curiam (NEWMAN, LOURIE and PROST,  <u>Circuit Judges</u>).


AFFIRMED.  <u>See</u> Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT



DATED: <u>August 17, 2007</u>       <u>/s/  Jan Horbaly</u>
Jan Horbaly, Clerk